948

**CITY OF FORT LAUDERDALE,**
Appellant,

v.

**D. D. FREEMAN, Trustee in Bankruptcy, et al., Appellees.**

No. 15845.

United States Court of Appeals
Fifth Circuit.

April 6, 1956.

See, also, 217 F.2d 600.

C. A. Hiaasen, James M. Crum, Fort Lauderdale, Fla., K. Odel Hiaasen, McCune, Hiaasen, Kelley & Crum, Fort Lauderdale, Fla., for appellant.

John W. Fleming, T. F. Fleming, Fort Lauderdale, Fla., Fleming, O'Bryan & Fleming, Fort Lauderdale, Fla., for appellees.

Before TUTTLE, CAMERON and JONES, Circuit Judges.

PER CURIAM.

The judgment of the trial court is affirmed.

**Lester E. WOOLSEY, Plaintiff-Appellant,**

v.

**UNITED STATES of America, Defendant-Appellee.**

No. 247, Docket 23906.

United States Court of Appeals
Second Circuit.

Argued March 15, 1956.

Decided March 28, 1956.

Royal D. Woolsey, Canastota, N. Y., for plaintiff-appellant.

Charles K. Rice, Acting Asst. Atty. Gen., Lee A. Jackson, A. F. Prescott,

Morton K. Rothschild, Washington, D. C., Theodore F. Bowes, U. S. Atty., Charles J. Miller, Asst. U. S. Atty., Syracuse, N. Y., for defendant-appellee.

Before FRANK, LUMBARD and WATERMAN, Circuit Judges.

PER CURIAM.

The decision of the district court, 138 F.Supp. 952, is affirmed, on the opinion of Judge Foley.

**Matthew P. WHITTALL**

v.

**COMMISSIONER OF INTERNAL REVENUE.**

No. 5086.

United States Court of Appeals
First Circuit.

March 26, 1956.

PER CURIAM.

Petition for review dismissed for want of diligent prosecution.   24 T.C. 808

**BALTIMORE AND OHIO RAILROAD COMPANY, Petitioner,**

v.

**Honorable James C. CONNELL, Respondent.**

No. 12800.

United States Court of Appeals
Sixth Circuit.

Feb. 13, 1956.

Baker, Hostetler & Patterson, Cleveland, Ohio, for petitioner.

No appearance for respondent.

Before MARTIN, McALLISTER and STEWART, Circuit Judges.

PER CURIAM.

The petition for a writ of mandamus is denied.